**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnny William CABE, Defendant— Appellant.**

**No. 05–7117.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2005.

Decided Dec. 20, 2005.

Johnny William Cabe, Appellant Pro Se. Dean Arthur Eichelberger, Anne Hunter Young, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny William Cabe, a federal prisoner, appeals the district court's order denying his motion for a new trial pursuant to Fed.R.Crim.P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Cabe*, No. CR–00–301 (D.S.C. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*